# MANDATE

CTDC-NHCT
02-cr-44
UNDERHILL

FILED
2005 APR 29 P 2: 50
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 21st day of March, two thousand five.

Present: HON. CHESTER J. STRAUB,
HON. ROBERT A. KATZMANN,
*Circuit Judges*, and

HON. RICHARD K. EATON*
*Judge*.

---

UNITED STATES OF AMERICA,

*Appellee*,

No. 03-1631

- v -

JEAN GERANCON,

*Defendant-Appellant.*

---

Appearing For Appellee: ROBERT M. SPECTOR, Assistant United States Attorney (William J. Nardini, Assistant United States Attorney, *of counsel*), for Kevin J. O'Connor, United States Attorney for the District of Connecticut.

Appearing For Defendant-Appellant: FRANCIS L. O'REILLY, Fairfield, Connecticut

* The Honorable Richard K. Eaton, Judge, United States Court of International Trade, sitting by designation.

ISSUED AS MANDATE: 4/11/05

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the case us **REMANDED** for further proceedings consistent with this order.

Defendant-appellant Jean Gerancon appeals from the September 19, 2003 judgment of the United States District Court for the District of Connecticut (Stefan R. Underhill, *Judge*) convicting him, following a guilty plea, of possession with intent to distribute and distribution of 5 grams or more of cocaine base. We assume the parties' familiarity with the underlying facts and procedural history of the case.

Defendant alleges, first, that the district court erred in refusing to depart downward based on his claim of sentencing manipulation, and second, that his Guidelines-determined sentence violates his rights under the Sixth Amendment. In light of the Supreme Court's decision in *United States v. Booker*, 160 L. Ed. 2d 621, 125 S. Court 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), this case is **REMANDED** so that the district court may consider whether to re-sentence the defendant, in conformity with the currently applicable statutory requirements explicated in the *Crosby* opinion.

FOR THE COURT:
ROSEANN B. MacKECHNIE, CLERK
By: Lucille Carr

A TRUE COPY
Roseann B. MacKechnie, CLERK
by [signature]
DEPUTY CLERK

CTDC-NHCT
02-cr-44
UNDERHILL

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED
2005 APR 29 P 2:50

**SUMMARY ORDER**

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 21st day of March, two thousand five.

Present: HON. CHESTER J. STRAUB,
HON. ROBERT A. KATZMANN,
*Circuit Judges*, and

HON. RICHARD K. EATON*
*Judge*.

---

UNITED STATES OF AMERICA,

*Appellee*,

No. 03-1631

- v -

JEAN GERANCON,

*Defendant-Appellant*.

HAS BEEN RECEIVED.
OPINION ( ) STATEMENT OF COSTS
ORDER
DATE
TO CRIMINAL TEAM

---

Appearing For Appellee: ROBERT M. SPECTOR, Assistant United States Attorney (William J. Nardini, Assistant United States Attorney, *of counsel*), for Kevin J. O'Connor, United States Attorney for the District of Connecticut.

Appearing For Defendant-Appellant: FRANCIS L. O'REILLY, Fairfield, Connecticut

---

* The Honorable Richard K. Eaton, Judge, United States Court of International Trade, sitting by designation.