JAN 03 2006

FILED

2006 JAN -4 A 9:03

DISTRICT COURT
CONN

December 27, 2005

Clerk of the Court
District of Conneticut
Federal Courthouse Bldg.
915 lafayette Boulevard
Bridgeport, CT 06601

Re: <u>Jean Gerancon 3:02CR00044 (SRU)</u>

Dear Clerk of the Court:

Respectfully, I am requesting that the Court grant me permission to file an appeal in the above referenced case. This request is in light of the fact that the Court appointed counsel for this case has failed to communicate any of the Court proceedings to me, therefore I have been unaware of the status of my case. I have just recently been informed that the appeal on remand was denied in June of 2005. In consideration of the above, I pray that this Court will grant my request to file a subsequent appeal.

Please advise.

Respectfully submitted,

*/s/ Jean Gerancon*
Jean Gerancon


Jean Gerancon
P.O. Box 1000
RDAP 14551-014
Lewisburg, PA 17837

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 JAN -4 A 9: 34

------------------------------------------------x
USA

vs.                                     : Civil No. 3:02 cr 44 (SRU)

Gerancon
------------------------------------------------x

*Docket as notice of appeal. thx SRU*

## ORDER RETURNING SUBMISSION

The Clerk has received your **Letter Motion requesting permission to file Notice of Appeal** however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ✔ L.R.5(b)
   ✔ **No certificate of service attached to pleading**
   _ Certificate of service fails to list names and addresses of all parties served
   _ Certificate of service is not signed

2. _ L.R.5(d)      Failure to submit document under seal

3. ✔ **L.R.10**
   _ Failure to sign pleading (original signature)
   ✔ **Failure to double space**
   _ Margin is not free of printed matter
   _ Left hand margin is not one inch;
   _ Judge's initials do not appear after the case number
   _ Docket number is missing
   _ Failure to supply federal bar number
   _ Holes not punched in document

4. _ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

5. _ Other         __

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date:_____                          _____
                                          United States District Judge

(TMS)
                                          rev. 7/18/05

3:02 cr 44 ( SRU )

Jean Gerancon
P.O. Box 1000
RDAP 14551-014
Lewisburg, PA 17837