NHCT—New Haven, CT
02-cr-44
UNDERHILL

**MANDATE**

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

**ORIGINAL**

MOTION INFORMATION STATEMENT

2006 DEC 21 P 1:25

Docket Number(s): 06-0124-cr

Caption [use short title]

Motion for: WITHDRAWAL OF APPEAL, AND FOR FILING AS WITHIN TIME — ON CONSENT

UNITED STATES OF AMERICA
v.
JEAN GERANCON

U.S. COURT OF APPEALS FILED OCT 26 2006 SECOND CIRCUIT

Set forth below precise, complete statement of relief sought:

On consent, moves for the withdrawal of the appeal, pursuant to Fed. R. App. P. 42(b), as within time.
Stipulation signed by the appellant, and by his counsel and the Ass't United States Attorney enclosed.

MOVING PARTY: Jean Gerancon
☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

OPPOSING PARTY: United States of America

MOVING ATTORNEY: Isabel McGinty, Esq.
[name of attorney, with firm, address, phone number and e-mail]
Isabel McGinty, P.C.
Law Office at 162 Broad Street
Hightstown, NJ 08520
office: 609-443-0650   cell: 609-462-8134
Fax: 609-443-0749   e-mail: imcginty@att.net

OPPOSING ATTORNEY [Name]: Robert Spector, A.U.S.A.
[name of attorney, with firm, address, phone number and e-mail]
Assistant United States Attorney Robert M. Spector
U.S. Attorney's Office
450 Main Street, Room 328
Hartford, CT 06103
office: 860 947 1101
Fax: 860 240 3291   e-mail: Robert.Spector@usdoj.gov

Court-Judge/Agency appealed from: Honorable Stefan R. Underhill, U.S.D.J.; D. Conn., Docket No. 02-cr-00044-SRU

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?   ☒ Yes   ☐ No
B. been obtained?   ☒ Yes   ☐ No

Is oral argument requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☒ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this Court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney:
_____[signature]_____   Date: October 23, 2006

Has service been effected?   ☒ Yes   ☐ No
[Attach proof of service]

**ORDER**

IT IS HEREBY ORDERED THAT the motion is GRANTED ~~DENIED~~ as per stipulation.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by _____[signature]_____
Arthur M. Heller, Motions Staff Attorney

TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____[signature]_____
DEPUTY CLERK

Date: 11/9/06

[Stamp: UNITED STATES COURT OF APPEALS FILED NOV 09 2006 Thomas Asreen, Acting Clerk SECOND CIRCUIT]

Form T-1080 (Revised 10/31/02)

CERTIFIED: 12/6/06